Anthony K. McClaren, (SBN 232515)
PERLEBERG MCCLAREN LLP
4223 Glencoe Avenue, Suite A220
Marina del Rey, California 90292
Telephone: (323) 741-6500
Facsimile: (323) 426-2405
akm@pmlegal.law

Attorneys for Plaintiffs
TIMOTHY AND JULIE STEINHAUER

Galin G. Luk (SBN 199728)
Zvonimir A. Sola (SBN 317704)
COX WOOTTON LERNER
GRIFFIN & HANSEN LLP
900 Front Street, Suite 350
San Francisco, CA  94111
Telephone No.: 415-438-4600
Facsimile No.: 415-438-4601
gluk@cwlfirm.com;
zsola@cwlfirm.com

Attorneys for Defendant
PACIFIC BOAT SERVICES, INC.
dba PACIFIC BOAT DETAILING

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA IN ADMIRALTY**

| | |
|---|---|
| TIMOTHY STEINHAUER, an individual, and JULIE STEINHAUER, an individual, <br><br>         Plaintiffs, <br><br> vs. <br><br> PACIFIC BOAT SERVICES, INC., a California corporation dba PACIFIC BOAT DETAILING and DOES 1 through 20, inclusive, <br>         Defendants. | Case No. 2:23-cv-00738-JAM-AC <br><br> **JOINT STIPULATED REQUEST TO CONTINUE PLAINTIFF'S DEADLINE TO FILE DISMISSAL AND ORDER CONTINUING THE DEADLINE TO FILE DISMISSAL** <br><br> Original Complaint Filed: April 19, 2023 <br> Trial Date:   None Set |

    Counsel for Plaintiffs Timothy and Julie Steinhauer and Defendant Pacific Boat Services, Inc., having met and conferred, hereby jointly stipulate and request that the Court continue the deadline to Dismiss the subject matter for another 60 days, from the current deadline of December 3, 2024.

    The parties, through counsel, have met and conferred regularly to discuss and finalize the settlement terms since the filing of the Notice of Settlement on October 4, 2024. *See* Docket No. 22.

-1-

Case No. 2:23-cv-00738-JAM-AC

JOINT STIPULATED REQUEST TO CONTINUE PLAINTIFF'S DEADLINE TO FILE
DISMISSAL AND ORDER CONTINUING THE DEADLINE TO FILE DISMISSAL

However, the finalization of the settlement terms were delayed by:

1. Health issues affecting one of the Plaintiffs; and,
2. Counsel for the parties in this action further negotiating and drafting terms so that the settlement of this action did not impact or affect a separate action filed by Defendant against Plaintiffs in a different court.

The parties recently finalized the terms of the settlement. The parties will need the additional 60 days so that each individual party can sign the release [Defendant just signed the Release; Plaintiffs should be signing the Release within the next several days] and then for Defendant's carrier to fund the settlement and for the settlement funds to clear Plaintiffs' account.

Dated: November 27, 2024

TELIKOS LAW CORPORATION
Attorneys for Plaintiffs,
TIMOTHY STEINHAUER and
JULIE STEINHAUER

By:   /s/ Anthony K. McClaren
         (authorized on 11/26/24)
         Anthony K. McClaren

Dated: November 27, 2024

COX, WOOTTON, LERNER,
GRIFFIN & HANSEN, LLP
Attorneys for Defendant,
PACIFIC BOAT SERVICES, INC. dba PACIFIC BOAT DETAILING

By:   /s/ Galin G. Luk
         Galin G. Luk

-2-

Case No. 2:23-cv-00738-JAM-AC

JOINT STIPULATED REQUEST TO CONTINUE PLAINTIFF'S DEADLINE TO FILE DISMISSAL AND ORDER CONTINUING THE DEADLINE TO FILE DISMISSAL

Case 2:23-cv-00738-JAM-AC   Document 25   Filed 12/02/24   Page 3 of 3

# ORDER

Having read the parties stipulated request and for good cause appearing therefor, the Court CONTINUES the deadline to dismiss this action from December 3, 2024, to February 3, 2025.

**IT IS SO ORDERED.**

Dated: November 27, 2024              /s/ John A. Mendez
                                     THE HONORABLE JOHN A. MENDEZ
                                     SENIOR UNITED STATES DISTRICT JUDGE

-3-

Case No. 2:23-cv-00738-JAM-AC

JOINT STIPULATED REQUEST TO CONTINUE PLAINTIFF'S DEADLINE TO FILE DISMISSAL AND ORDER CONTINUING THE DEADLINE TO FILE DISMISSAL