Anthony K. McClaren, (SBN 232515)
TELIKOS LAW CORPORATION
4223 Glencoe Avenue, Suite A220
Marina del Rey, California 90292
Telephone: (323) 741-6500
Facsimile: (323) 426-2405
akm@telikoslaw.com

Attorneys for Plaintiffs
TIMOTHY AND JULIE STEINHAUER

Galin G. Luk (SBN 199728)
Zvonimir A. Sola (SBN 317704)
COX WOOTTON LERNER
GRIFFIN & HANSEN LLP
900 Front Street, Suite 350
San Francisco, CA 94111
Telephone No.: 415-438-4600
Facsimile No.: 415-438-4601
gluk@cwlfirm.com;
zsola@cwlfirm.com

Attorneys for Defendant
PACIFIC BOAT SERVICES, INC.
dba PACIFIC BOAT DETAILING

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA IN ADMIRALTY

| | |
|---|---|
| TIMOTHY STEINHAUER, an individual, and JULIE STEINHAUER, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> PACIFIC BOAT SERVICES, INC., a California corporation dba PACIFIC BOAT DETAILING and DOES 1 through 20, inclusive, <br> Defendants. | Case No. 2:23-cv-00738-JAM-AC <br><br> **STIPULATION OF DISMISSAL AND ORDER** <br><br> Original Complaint Filed: April 19, 2023 <br> Trial Date:   None Set |

It is hereby STIPULATED by and between Plaintiffs TIMONTHY AND JULIE STEINHAUER and Defendant PACIFIC BOAT SERVICES, INC. dba PACIFIC BOAT DETAILING, that this entire case be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear their own attorney's fees and costs.

**SO STIPULATED.**

| | | |
|---|---|---|
| 1 | Dated:  January 2, 2025 | TELIKOS LAW CORPORATION |
| 2 | | Attorneys for Plaintiffs, TIMOTHY STEINHAUER and JULIE STEINHAUER |
| 3 | | |
| 4 | | By:   /s/ Anthony K. McClaren    |
| 5 | | (authorized on 12/30/24) Anthony K. McClaren |
| 6 | | |
| 7 | Dated:  January 2, 2025 | COX, WOOTTON, LERNER, GRIFFIN & HANSEN, LLP |
| 8 | | Attorneys for Defendant, PACIFIC BOAT SERVICES, INC. dba PACIFIC BOAT DETAILING |
| 9 | | |
| 10 | | By:   /s/ Galin G. Luk    Galin G. Luk |

# ORDER

Having reviewed the Stipulation of the Parties, **IT IS HEREBY ORDERED THAT:** this entire case is hereby DISMISSED with prejudice, each party to bear their own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: January 2, 2025

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE